ELIZABETH MOELLER, as Administratrix of the Estate of PAUL MOELLER, Deceased, Appellant, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

*Moeller* v. *Delaware, L. & W. R. R. Co.,* 55 App. Div. 636, appeal dismissed.
(Argued November 14, 1902; decided November 18, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 28, 1900, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Smith M. Lindsley* and *William S. Mackie* for appellant.

*Leslie W. Kernan* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ.